UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE J. CHAGOLLA,<br><br>           Plaintiff,<br><br>   v.<br><br>TRUSTEE CORPS, DOE 1,<br>and DOES 2-50,<br>Inclusive,<br><br>           Defendants. | Case No. EDCV 08-1544-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 1, 2008

                                             VIRGINIA A. PHILLIPS<br>                                       United States District Judge